UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

SOPHIE WELISCH,

         Plaintiff

   -against-

UNITED STATES OF AMERICA,

         Defendant.

------------------------------X

CERTIFICATE OF SERVICE
BY CERTIFIED MAIL

07-CV-6165

    CARMEN FARRELL, being duly sworn, deposes and says:

    1. She is over 18 years old and is not a party to this lawsuit;

    2. A copy of the Summons and Complaint in this action directed to the Attorney General of the United States was deposited in the United States Post Office for mailing by certified mail, return receipt requested.

    3. This copy of the Summons and Complaint was in fact received by the Attorney General of the United States on July 10, 2007, as evidenced by the attached registry or return receipt.

    4. This service was made pursuant to Fed. R. Civ. P. 4(i)(1)(B).

                                      _Carmen Farrell_
                                      Carmen Farrell

Sworn to before me
this ___ day of July, 2007

_____
Notary Public

MACCARTNEY, MACCARTNEY,
KERRIGAN & MACCARTNEY
ATTORNEYS AT LAW
NYACK, NEW YORK 10960

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>JUL 1 0 2007 |
| 1. Article Addressed to:<br>The Attorney General of<br>The United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)*  7002 3150 0001 9353 3004 | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-154 | |