UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

SOPHIE WELISCH,

              Plaintiff

   -against-

UNITED STATES OF AMERICA,

              Defendant.

------------------------------X

CERTIFICATE OF SERVICE
BY CERTIFIED MAIL

07-CV-6165

CARMEN FARRELL, being duly sworn, deposes and says:

1.    She is over 18 years old and is not a party to this lawsuit.

2.    A copy of the Summons and Complaint in this action directed to the Postmaster General of the United States was deposited in the United States Post Office for mailing by certified mail, return receipt requested.

3.    This copy of the Summons and Complaint was in fact received by the Postmaster General of the United States on July 9, 2007, as evidenced by the attached registry or return receipt.

4.    This service was made pursuant to Fed. R. Civ. P. 4(i)(1)(C).

                               _____
                               Carmen Farrell

Sworn to before me
this __ day of July, 2007

_____
Notary Public

HAROLD Y. MAC CARTNEY JR.
NOTARY PUBLIC, State of New York
No. 4970+5726
Residing in Rockland County
Commission Expires Sept. 30, 2010

MACCARTNEY, MACCARTNEY,
KERRIGAN & MACCARTNEY
ATTORNEYS AT LAW
NYACK, NEW YORK 10960

**ER:** *COMPLETE THIS SECTION*

`plete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
your name and address on the reverse
we can return the card to you.
., this card to the back of the mailpiece,
the front if space permits.

Addressed to:

.aster General
Potter
·d States Postal
.1ces
4/5 L'Enfant Plaza SW
Washington DC 20260-0010

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____

☐ Agent
☐ Addresse

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*  7002 3150 0001 9353 3035

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-154