UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

SOPHIE WELISCH,                                      CERTIFICATE OF SERVICE
                      Plaintiff                      BY CERTIFIED MAIL

     -against-                                       07-CV-6165

UNITED STATES OF AMERICA,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

     CARMEN FARRELL, being duly sworn, deposes and says:

     1.   She is over 18 years old and is not a party to this lawsuit;

     2.   A copy of the Summons and Complaint in this action directed to the United States Postal Department was deposited in the United States Post Office for mailing by certified mail, return receipt requested.

     3.   This copy of the Summons and Complaint was in fact received by the United States Postal Department on July 6, 2007, as evidenced by the attached registry or return receipt.

     4.   This service was made pursuant to Fed. R. Civ. P. 4(i)(1)(C).

                                        _Carmen Farrell_
                                        Carmen Farrell

Sworn to before me
this __ day of July, 2007

_Harry J. MacC._
Notary Public

HAROLD Y. MAC CARTREY, JR.
NOT... ... of New York
... ... ounty
Commission Expires Sept. 30, 2010

MacCARTNEY, MacCARTNEY,
KERRIGAN & MacCARTNEY
ATTORNEYS AT LAW
NYACK, NEW YORK 10960

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal
Department -Law Dept.
National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6640

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

ST. LOUIS LAW OFFICE

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7002 3150 0001 9353 2991

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540