MACCARTNEY, MACCARTNEY,
KERRIGAN & MACCARTNEY
ATTORNEYS AT LAW
NYACK, NEW YORK 10960

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOPHIE WELISCH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

07 Civ. 6165 (GAY)

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Sophie Welisch ("plaintiff") and the United States of America (the "United States"), that the above-captioned action, brought against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (the "Action"), shall be resolved as follows:

1.    The United States will pay to plaintiff $43,000 (the "Settlement Amount") by check payable to "Harold MacCartney, as attorney for Sophie Welisch," which sum shall be in full settlement of any and all claims that plaintiff now has or may hereafter acquire against the United States, the United States Postal Service, or any department, agency, agent, officer, or employee of the United States or the United States Postal Service (collectively, the "Government"), on account of the alleged facts, events, and circumstances giving rise to this Action.

2.    This Action is hereby dismissed with prejudice and without costs.

3. This agreement shall not constitute an admission of liability or fault on the part of the Government.

4. Plaintiff stipulates and agrees to accept the Settlement Agreement in full settlement and satisfaction of any and all claims and demands which she or her heirs, executors, successors in interest, administrators or assigns may have or hereafter acquire against the Government on account of the events, circumstances or incidents giving rise to this Action and claims incident thereto. Plaintiff hereby releases and forever discharges the Government from any and all claims and liability arising directly or indirectly from the incidents or circumstances giving rise to or referred to in the Action.

5. Plaintiff further stipulates and agrees to indemnify and hold harmless the Government from any and all causes of action or claims arising from the assignment of claims and liens upon the settlement proceeds, and further stipulates and agrees to reimburse or advance, at the option of counsel for the Government, any expense or cost which may be incurred incident to or resulting from such further litigation or the prosecution of any claim by any third-party against the plaintiff.

6. Payment of the consideration set forth in Paragraph 1 shall be made only after execution by the parties and entry by the Court of this Stipulation.

7. Settlement of this Action is to be without interest, costs or disbursements to either party and inclusive of attorney's fees in accordance with 28 U.S.C. § 2678, and all liens and fees are to be satisfied by the plaintiff out of the amount of this settlement.

2

MACCARTNEY, MACCARTNEY,
KERRIGAN & MACCARTNEY
ATTORNEYS AT LAW
NYACK, NEW YORK 10960

8. The plaintiff and the Government understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: Nyack, New York  
July 10, 2008

_Sophie Welisch_  
SOPHIE WELISCH, Plaintiff

Dated: Nyack, New York  
July 10, 2008

_Harold Y. MacCartney_  
HAROLD Y. MACCARTNEY, ESQ.  
MacCartney, MacCartney, Kerrigan & MacCartney  
13 North Broadway  
PO Box 350  
Nyack, NY 10960  
*Attorney for Plaintiff*

Dated: New York, NY  
August 8, 2008

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
*Attorney for United States of America*

By: _John D. Clopper_  
JOHN D. CLOPPER  
Assistant United States Attorney  
86 Chambers Street  
New York, New York 10007  
Tel.: (212) 637-2716  
Fax: (212) 637-0033

SO ORDERED:

_George A. Yanthis_  
GEORGE A. YANTHIS  
UNITED STATES MAGISTRATE JUDGE

DATED: 8/18/08

3

MACCARTNEY, MACCARTNEY,
KERRIGAN & MACCARTNEY
ATTORNEYS AT LAW
NYACK, NEW YORK 10960